July 18, 2016

Clerk of Court;
To whom this may concern?

I'm writing in regard denial of my 2255 motion. I would like to appeal the denial of the 2255 and also the denial of the certificate of appealibility. I would also like to know the proper steps to take in order to proceed forma pauperis. As you know I am currently incarcerated and can not pay the filing fee. Thank you for your time and consideration.

Sincerely,
Skye Archambault



July 19, 2016
Kelly J. Cromer



